Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER POWERS, Appellant, v. J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission (Floyd H. Newton), Respondents. In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission (Reginald D. Miller), Respondents. In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service

Commission (Gerald E. Schwendy), Respondents.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission (Harvey Covell), Respondents.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

MAX ADLER, Respondent, v. VILLAGE OF SARANAC LAKE, Appellant, et al., Defendants.—